

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00411-CR

Dominique Paul **GRAHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-11-1291
Honorable Frank Follis, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 17, 2013.

Karen Angelini, Justice